UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LUCAS, a citizen of
Michigan; and AMY LUCAS, a citizen of
Michigan, individually and as Personal
Representative for the Estate of
EMILY ZUBALIK, Deceased,

Plaintiffs,

v.

GENERAL MOTORS LLC, et al,

Defendants.

Case No. 2:15-cv-14395-GSC-RSW
Hon. George Caram Steeh

| Richard Shenkan (P74683) | Darren Findling (P51350) |
|---|---|
| Shenkan Injury Lawyers, LLC | Andrew J. Black (P64606) |
| Attorney for Plaintiffs | Co-Counsel for Plaintiff Estate |
| P.O. Box 7255 | 414 W. Fifth St. |
| New Castle, PA 16107 | Royal Oak, MI 48067 |
| (800) 601-0808 | (248) 399-3300 |
| rshenkan@shenkanlaw.com | andrew@findlinglaw.com |

## ORDER APPROVING CONFIDENTIAL WRONGFUL DEATH SETTLEMENT AND FOR DISTRIBUTION OF THE PROCEEDS

Co-Plaintiff, Amy Lucas, Personal Representative of the Estate of Emily Zubalik, deceased ("Estate"), having filed a *Motion to Approve Confidential Wrongful Death Settlement*, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the settlement of the Estate's claims against Defendant, General Motors, LLC in the sum and on the terms disclosed to this

court by the Confidential Settlement Breakdown, Exhibit C to the Motion, is approved and is found to be fair, reasonable and in the best interest of the Estate and the wrongful death claimants.

IT IS FURTHER ORDERED that the execution of the Release by Amy Lucas, as Personal Representative of the Estate, is ratified and she is authorized to sign any other documents necessary to effectuate the settlement.

IT IS FURTHER ORDERED that the attorney fees and costs of Shenkan Injury Lawyers LLC, and the Komyatte Law Firm, LLC, as disclosed to this Court by the Confidential Settlement Breakdown, Exhibit C to the Motion, are approved and shall be paid from the settlement proceeds forthwith.

IT IS FURTHER ORDERED that the Darren Findling Law Firm's attorney fee and costs as disclosed to this Court by the Confidential Settlement Breakdown, Exhibit C to the Motion, are approved and shall be paid from the settlement proceeds forthwith.

IT IS FURTHER ORDERED that no proceeds shall be paid to the Estate as damages for conscious pain and suffering.

IT IS FURTHER ORDERED that the net proceeds, after payment of attorney fees and costs and the 3% common benefit fund set aside, shall be distributed to the wrongful death claimants for loss of support and/or society and companionship as follows:

- Ernest R. Zubalik, father     1/7
- John Zubalik, brother         1/7
- Judith Brooks, sister         $0.00
- Rosemary Zubalik, sister      $0.00
- Theresa Radich, sister        1/7
- Ernest F. Zubalik, brother    1/7
- Anne Zubalik, sister          1/7
- Mary Retford-Dix, sister      1/7
- Amy Lucas, sister             1/7

Any funds later paid to the Estate from the 3% hold back shall be distributed amongst the claimants equally.

IT IS FURTHER ORDERED that this order resolves all pending claims and closes this case.

/s/ George Caram Steeh
GEORGE CARAM STEEH
U.S. DISTRICT JUDGE

Dated: February 5, 2019